UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:13-cr-00053-JMS-TAB |
| | ) | |
| ANTHONY D. COLEMAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Bakers' Report and Recommendation that Anthony D. Coleman's supervised release be modified, pursuant to Title 18 U.S.C. § 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. § 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders the supervised release be modified, and that the Defendant should be placed at the Salvation Army Harbour Lights Facility for in-patient treatment of 15 days. Upon release from the Salvation Army Harbour Lights Facility, Defendant is to report to the Volunteers of America for up to a period of 120 days. All other conditions of supervised release are to remain the same.

**SO ORDERED.**

Date: 07/01/2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record email generated by the Court's ECF system

U. S. Parole and Probation

U. S. Marshal