UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:13-cr-00053-JMS-TAB-01 |
| ANTHONY D. COLEMAN, | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Anthony Coleman=s supervised released be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583. No objections to her report have been filed, and the Court now approves and adopts the Report and Recommendation as the entry of the Court. Accordingly the Court ORDERS a sentence imposed of nine (9) months imprisonment in the custody of the Attorney General or his designee followed by two years of supervised release, including the previously imposed special conditions. The defendant is ORDERED detained and remanded to the custody of the U.S. Marshal Service.

SO ORDERED.

Date: November 25, 2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF to:

Michael J. Donahoe
INDIANA FEDERAL COMMUNITY DEFENDERS
mike.donahoe@fd.org

Matthew Rinka
UNITED STATES ATTORNEY'S OFFICE
matthew.rinka@usdoj.gov

United States Probation Office

United States Marshal